UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY FREDERICK HOFFMANN,<br>                Plaintiff,<br>   v.<br>KEVIN JONES,<br>                Defendant.<br>                                    / | No. C 15-3420 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against defendant, an official at Lassen Adult Detention Facility in Susanville, California.[1] Susanville is located in Lassen County, which is within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). There is no allegation that defendant resides, or that any of the events or omissions giving rise to the complaint occurred, in the Northern District. Venue therefore is proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith. In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

IT IS SO ORDERED.

DATED: August 10, 2015

NATHANAEL M. COUSINS
United States Magistrate Judge

---

[1] Plaintiff has consented to magistrate judge jurisdiction. (Compl. at 4.)