UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMAN,<br><br>           Plaintiff,<br><br>     v.<br><br>KEVIN JONES,<br><br>           Defendant. | No.  2:15-cv-1735 KJN P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a county prisoner, proceeding pro se.  Plaintiff's complaint was filed with the court on July 24, 2015.  The court's own records reveal that on July 24, 2015, plaintiff filed a complaint containing virtually identical allegations.  (2:15-cv-1729 CKD P).[1]  Due to the duplicative nature of the present action, the court recommends that this most-recent complaint be dismissed.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

/////

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 2, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hoff1735.23

2