**FILED**

UNITED STATES DISTRICT COURT

SEP 14 2015

EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

KASEY F HOFFMANN

VS

KEVIN JONES

CASE:

2:15-cv-01735-MCE-KJN

"OBJEJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS"

Petitioner objects to the findings and recommendations of Judge KENDALL J NEWMAN; that the cases 2:15-1735 KJNP and 2:15-cv-1729-CKDP are not duplicative in nature. They are two seprate incidents of the same nature commited by Kevin Jones on diffrant occasions that should be found and tryed in there individual capesities.

In light of this petitioner wishes for petition to move forward in its respective manner, and tryed individualy aginst Kevin Jones.

I declare under the penalty of purjury the above is true and correctt

DATED: 9-8-15

SIGNED: *Kasey F Hoffmann*
KASEY F HOFFMANN

PROOF OF SERVICE

I declare on the following day of September, in the year 2015, I did deposit in the united States mail the following Documents:

- OBJECTION TO MAGISTRATE JUDGES FINDINGS AND RECOMMENDATIONS.
- To the Following partys

- U.S. District Court
  For The EASTERN DIST OF CALIFORNIA
  501 I St   4-2000
  Sacramento CA 93721

- County Council - Bob Burns -
  220 S. Roop St Suit #2
  Susanville CA  96130

I declare the above is true and correct under the penalty of perjury

Dated: 9-8-15

Signed _Kasey F Hoffmann_
KASEY F HOFFMANN