UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


KASEY F. HOFFMAN,                                    No.  2:15-cv-1735 MCE KJN (P)

        Plaintiff,

   v.                                                        ORDER

KEVIN JONES,

        Defendant.


       Plaintiff Kasey Hoffman ("Plaintiff"), an inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On September 3, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 6) which were served on plaintiff and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days.  The magistrate judge recommended that this action be dismissed because it is duplicative of Case No. 2:15-cv-1729 CKD (P).

       Plaintiff timely filed objections to the Findings and Recommendations.  ECF No. 8.  In her objections, Plaintiff claims that her two cases are not duplicative, but that they are two separate incidents of the same nature committed by Defendant Kevin Jones ("Defendant") on different occasions, and Plaintiff requests that the Court not dismiss this action.  ECF No. 8 at 2. However, comparison of the nine-page complaints filed in each action indicate that the

1  complaints, both signed on July 17, 2015, are virtually identical. Contrary to Plaintiff's

2  objections, both complaints allege Plaintiff tried to exercise her First Amendment rights "from

3  May 15, 2015, July 5, 2015, and July 6, 2015," and that on July 6, 2015, Defendant told Plaintiff

4  that he would take away her good time credits for exercising her First Amendment rights. ECF

5  No. 1. Thus, Plaintiff's allegations are duplicative, and the instant action must be dismissed.

6       Moreover, if Plaintiff intended to bring additional claims against Defendant, based on an

7  incident not included in her initial complaint, Plaintiff may seek leave to amend her complaint in

8  her first case, Hoffman v. Jones, Case No. 2:15-cv-1729 CKD (P). Plaintiff may join multiple

9  claims if they are all against a single defendant. Fed. R. Civ. P. 18(a). Because Plaintiff may

10 amend her complaint in Case No. 2:15-cv-1729 CKD (P), the Court need not grant Plaintiff leave

11 to amend in this duplicative action.

12      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

13 Court has conducted a de novo review of this case. Having carefully reviewed the entire file,

14 including Plaintiff's objections, the Court finds the Findings and Recommendations to be

15 supported by the record and by proper analysis.

16      Accordingly, IT IS HEREBY ORDERED that:

17      1. The Findings and Recommendations filed September 3, 2015 (ECF No. 6) are

18 ADOPTED IN FULL;

19      2. Plaintiff's Complaint (ECF No. 1) is DISMISSED without prejudice;

20      3. The Clerk of the Court is directed to close this action.

21      IT IS SO ORDERED.

22 Dated: September 25, 2015

23

24  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
25  UNITED STATES DISTRICT COURT

26

27

28

2