# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                                                  **JUDGMENT IN A CIVIL CASE**

**KASEY F. HOFFMANN,**

                                                  CASE NO: **2:15–CV–01735–MCE–KJN**

      v.

**KEVIN JONES,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/28/15**

                                                          **Marianne Matherly**
                                                          Clerk of Court

ENTERED: **September 28, 2015**

                                        by: /s/ H. Kaminski
                                                  Deputy Clerk